7jgmtwoh (7/15)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Wayne E Gardner and Paula L Gardner
*Debtor*

*Bankruptcy Case No.*
15–41024–can13

**State of Kansas Department of Labor**
   Plaintiff(s)

*Adversary Case No.*
15–04097–can

v.

**Wayne E Gardner**
   Defendant(s)

## JUDGMENT

      The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: Based upon the undisputed allegations contained in the Complaint, the Court finds that the described unemployment insurance benefit indebtedness owed by Defendant Gardner to KDoL in the amount of $6,270.00, which is subject to statutory penalties in the amount of $0.00 and interest as imposed pursuant to K.S.A. §44–719(d)(2), which interest has accrued in the amount of $2703.90 as of the end of June, 2015, all should be and hereby is ordered exempt from discharge pursuant to 11 U.C.S. § 523(a)(2) and 11 U.S. C. 727. Costs, in the form of filing fees in the amount of $350.00, are awarded in favor of KDoL and assessed against Defendant Gardner.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Kristina D. Richardson
    Deputy Clerk

Date of issuance: 10/8/15

Court to serve